PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
C. HAY-MIE CHO, CSBN 282259
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 268-5610
   Facsimile: (415) 744-0134
   E-Mail: haymie.cho@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

|  |  |
|---|---|
| THARON SIMMONS, | Case No.: 2:16-cv-02612-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby

APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the

Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[~~Proposed~~] Order to Extend Briefing Schedule; 2:16-cv-02612-EFB

1

1    1.    The deadline for Defendant to file her response to Plaintiff's motion for summary

2    judgment is extended thirty (30) days to May 30, 2017.

3    2.    All other deadlines and scheduling matters set forth in the Court's Scheduling

4    Order dated November 3, 2016, remain the same.

5    IT IS SO ORDERED this 25th day of April, 2017.

6

7

8    _____
     HON. EDMUND F. BRENNAN
9    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order to Extend Briefing Schedule; 2:16-cv-02612-EFB

2