IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**THARON SIMMONS**, ) Case No: 2:16−CV−02612−EFB
)
    Plaintiff, ) [PROPOSED] ORDER GRANTING
) STIPULATED ATTORNEY FEES
    v. ) UNDER THE EQUAL ACCESS
) TO JUSTICE ACT
**NANCY A. BERRYHILL**, )
Acting Commissioner of )
Social Security, )
)
    Defendant. )
_____/

    Plaintiff seeks an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Section 2412. The parties have stipulated that a reasonable attorney fee is Six Thousand Five Hundred Dollars and No Cents ($6,500.00), and have jointly moved the Court to enter an Order awarding attorney fees to Plaintiff in that amount.

    Accordingly, IT IS SO ORDERED that:

1. Plaintiff's motion for attorney fees (DOC No. 28) is granted;

2. The Defendant shall pay to Plaintiff the sum of Six Thousand Five Hundred Dollars and No Cents ($6,500.00) as reasonable attorney fees in this matter; and

3. The Clerk is directed to terminate the motion for attorney's fees at ECF No. 28.

DATED: July 9 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE